**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| HUMPHREYS AND PARTNERS, ARCHITECTS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE Co., et al., <br><br> Defendants. <br><br> AND RELATED CASES | No. CV-04-2994-PHX-SMM <br> No. CV-03-0169-PHX-SMM <br><br> **ORDER** |

Pending before the Court are three different stipulated motions to dismiss filed by the parties: (1) a Stipulated Motion to Dismiss Icon's Cross-Claims as Against the Tegan Defendants and the Tibsherany Defendants (Case No. 03-169, Doc. No. 364); (2) a Stipulated Motion to Dismiss Claims and Cross-Claims Regarding Augusta Ranch Project (Case No. 03-169, Doc. No. 365); and, (3) a Stipulated Motion to Dismiss Claims and Cross-Claims Regarding Arrowhead Project (Case No. 04-2994, Doc. No. 127).

After consideration of the parties' stipulations, particularly the parties' statement in the motion to dismiss regarding Augusta Ranch Project (Doc. No. 365) indicating that the three pending stipulations "[encompass] the global settlement between the parties to dismiss all claims and counterclaims in both Case No. CV 03-0169 and Case No. CV 04-2994,"

//

1   **IT IS HEREBY ORDERED** that the (1) Stipulated Motion to Dismiss Icon's Cross-Claims as Against the Tegan Defendants and the Tibsherany Defendants (Case No. 03-169, Doc. No. 364); (2) Stipulated Motion to Dismiss Claims and Cross-Claims Regarding Augusta Ranch Project (Case No. 03-169, Doc. No. 365); and, (3) Stipulated Motion to Dismiss Claims and Cross-Claims Regarding Arrowhead Project (Case No. 04-2994, Doc. No. 127) are **GRANTED**, and this matter is dismissed with prejudice.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 13th day of November, 2006.

_____
Stephen M. McNamee
United States District Judge